UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brandywine Hospital, LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CVS Health Corporation; CVS Pharmacy, Inc.; CVS Specialty, Inc.; and Wellpartner, LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 2:23-CV-01458 |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

  Kindly enter the appearance of Adam J. Pessin as counsel for Plaintiff Brandywine Hospital, LLC in the above-captioned matter and provide all future notices, pleadings and other documents filed in this action via the Court's ECF system.

Dated: April 20, 2023

            */s/ Adam J. Pessin*
            Adam J. Pessin, PA I.D. No. 92325
            **FINE, KAPLAN AND BLACK, R.P.C.**
            One South Broad Street, 23rd Floor
            Philadelphia, PA 19107
            Telephone: (215) 567-6565
            Facsimile: (215) 568-5872
            apessin@finekaplan.com

            *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of April, 2023, I caused the foregoing Praecipe for Entry of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filings to all counsel who have registered for receipt of documents filed in this matter.

      */s/ Adam J. Pessin*
      Adam J. Pessin