# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDYWINE HOSPITAL, LLC,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **CVS HEALTH CORPORATION, et al.,** | : | **NO. 23-1458** |
| | : | |
| Defendants. | | |

## ORDER

**AND NOW,** this 26th day of February, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 20), and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiff's claim under the Sherman Act is dismissed without prejudice.

2. Plaintiff's claim under the Clayton Act is dismissed with prejudice.

BY THE COURT:

_____
Hon. Mia R. Perez