**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDYWINE HOSPITAL, LLC,** *et al.*, | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 23-1458** |
| **CVS HEALTH CORPORATION,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 3rd day of March, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 52), the responses thereto, and oral argument regarding the same, it is hereby **ORDERED** that the Motion is **GRANTED with prejudice.** The Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez